STEWART, Appellant, v. YOUNG et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by John Stewart against Peter Young and others. H. A. Sperry, for appellant. D. P. Hays, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STRAUSS, Respondent, v. HABERMAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Morris Strauss against the Haberman Manufacturing Company. Robert Thorne, for appellant. E. J. McCrossin, for respondent.

PER CURIAM. In the original decision of this appeal we did not overlook the point urged upon us on this motion for a reargument. 48 N. Y. Supp. 425. The evidence of the witness Levin tended to show that the machine itself was defective at the time the plaintiff was put at work thereon. He testified that for three days before the accident the die would come down without the foot being placed on the treadle, and that the reason for the difficulty was that the spring which would hold the treadle up was not properly fastened. This testimony was sufficient to permit the jury to infer that the master either had knowledge or should have had knowledge of the defect, and was negligent in failing to remedy it. It is of the conduct of the foreman in this regard that the opinion states that for such conduct the master was liable, and in support of which proposition the authority of Fox v. Le Comte (Sup.) 37 N. Y. Supp. 316, was cited. If we assume that the tying of the die by the foreman was a detail of the prosecution of the work, and therefore the negligence of a fellow servant, it would not relieve the defendant from liability if the press itself was defective, and the defendant knew, or should have known, of such defect. The motion for reargument should be denied.

STRAUSS, Respondent, v. HOADLEY, Appellant. (Supreme Court, Appellate Division, First Department. November, 1897.) Action by Adolph D. Strauss and others against Russell H. Hoadley, Joshua Piza, and others. A. C. Weil, for appellant. C. Putzel, for respondent.

PER CURIAM. For the reasons assigned in the opinion in another action, bearing the same title, and decided herewith, the interlocutory judgment should be reversed, and judgment entered sustaining the demurrer, with leave to the plaintiffs to amend upon payment of costs in this court and court below. See 48 N. Y. Supp. 239.

STURTEVANT, Respondent, v. ADAMS, Appellant. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Daniel Sturtevant against Jerry Adams. No opinion. Judgment modified by deducting therefrom $71.94, and, as modified, affirmed, with costs to the appellant in this court and in the county court.

STYLES, Appellant, v. STYLES et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) Action by James A. Styles against Julia Ann Styles, widow, etc., Claude V. Styles and Minnie Styles, his wife, and Celinda E. Styles. No opinion. Order affirmed, without costs.

TAILBY, Appellant, v. CITY OF ITHACA, Respondent. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Helena S. Tailby against the city of Ithaca. No opinion. Judgment affirmed, with costs.

TALLMADGE et al., Respondents, v. STEWART, Appellant. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Edgar F. Tallmadge, Louis H. Tallmadge, Samuel W. Weeks, and W. Adelbert Hamilton against James M. Stewart. No opinion. Judgment affirmed, with costs.

THOMAS, Respondent, v. RISLEY, Appellant. (City Court of New York, General Term. December 11, 1897.) Action by Dora M. Thomas against Charles F. Risley. Theodore H. Friend, for plaintiff. John A. Crow, for defendant.

PER CURIAM. Appeal from a judgment entered by direction of the court, and from an order denying a motion for a new trial. Judgment affirmed, with costs.

THOMPSON, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Amelia A. Thompson, as administratrix, against the Third Avenue Railroad Company. H. L. Scheuerman, for appellant. J. M. Gardner, for respondent. No opinion. Judgment and order affirmed, with costs.

THOMPSON v. WELDE. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Adelaide Thompson, as administratrix, against Charles Welde. No opinion. Motion denied. See 41 N. Y. Supp. 819.

In re THORNE'S WILL. BRANTINGHAM, Appellant, v. HUFF, Respondent. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) In the matter of the probate, etc., of Joseph Thorne, deceased. Action by May Thorne Brantingham against Eunice E. Huff. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Carroll v. Collins, 6 App. Div. 106, 40 N. Y. Supp. 54.

TIMBERLAKE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) Action by Channing S. Timberlake against John Smith. No opinion. Order affirmed, with $10 costs and disbursements.